1

2

3

4

5

6                                UNITED STATES DISTRICT COURT

7                                EASTERN DISTRICT OF CALIFORNIA

8    GERALD A. WEST,                              1:09-cv-01277-DLB (PC)

9                 Plaintiff,                      ORDER TO SUBMIT SIGNED APPLICATION
                                                  TO PROCEED IN FORMA PAUPERIS
10   v.                                           OR PAY FILING FEE WITHIN 45 DAYS

11   FEDERAL BUREAU OF PRISONS, et al.,

12                 Defendants.
                                              /
13

14          Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs.

15   Six Unknown Agents, 403 U.S. 388 (1971).   Plaintiff has submitted an application to proceed in

16   forma pauperis pursuant to 28 U.S.C. § 1915.   However, plaintiff's application to proceed in forma

17   pauperis was deficient in that it did not include plaintiff's required original signature.

18          Accordingly, IT IS HEREBY ORDERED that:

19          1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21          2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

23   the $350.00 filing fee for this action.   Failure to comply with this order will result in a

24   recommendation that this action be dismissed.

25          IT IS SO ORDERED.

26       Dated:    July 26, 2009             _____/s/ Dennis L. Beck_____
                                             UNITED STATES MAGISTRATE JUDGE
27

28