# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD A. WEST, | CASE NO. 1:09-cv-01277-LJO-GBC PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FURNISH FURTHER INFORMATION TO INITIATE SERVICE OF PROCESS |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al., | (ECF No. 25) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Gerald A. West ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding on Plaintiff's third amended complaint, filed August 27, 2010, against defendants Doe 1, Doe 2, and Doe 3 for failure to protect in violation of the Eighth Amendment. Since Plaintiff is proceeding in forma pauperis, the Court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. Pro. 4(c)(2). However, the Marshal cannot locate and serve unidentified defendants.

Within thirty days from the date of service of this order, Plaintiff shall provide the Court with further information to assist the Marshal in serving Defendants. The Court is aware that Plaintiff does not know the names of the three officers. From Plaintiff's complaint, it appears that Defendant Doe 1 held the position of Captain of the screening committee on October 26, 2007, and Defendants Doe 2 and Doe 3 were working on October 27, 2007. All three Defendants were employed at Atwater Penitentiary. If Plaintiff can remember any other details that might assist the Court and the

Marshal, Plaintiff shall so inform the Court. For example, a partial name, title, gender, work assignment, work schedule, etc.

      Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date of service of this order, Plaintiff shall provide the Court with any and all information he has that might help the Marshal identify and serve Defendants Doe 1, Doe 2, and Doe 3.

      IT IS SO ORDERED.

Dated:    February 18, 2011

UNITED STATES MAGISTRATE JUDGE