# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD A. WEST, | CASE NO. 1:09-cv-01277-GBC (PC) |
| Plaintiff, | ORDERING DENYING MOTION FOR SUBPOENA AS MOOT |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al, | (ECF No. 41) |
| Defendants. | |

Plaintiff Gerald A. West ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971). Pending before the Court is Plaintiff's Motion for Issuance of Subpoena Duces Tecum filed June 27, 2011. (ECF No. 41.)

On June 24, 2011, the Court sent Plaintiff a subpoena duces tecum and ordered him to complete and return it. Thus, Plaintiff's request is no longer necessary.

Accordingly, Plaintiff's Motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   July 1, 2011

UNITED STATES MAGISTRATE JUDGE