UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD A. WEST,<br><br>           Plaintiff,<br>   v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:09-cv-01277-LJO-GBC (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

### ORDER

This is a civil rights action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), by Plaintiff Gerald A. West, a federal prisoner proceeding pro se and in forma pauperis. Pursuant to the Court's Order filed on June 20, 2011, Plaintiff submitted a subpoena duces tecum. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d). (ECF No. 38 & 43.)

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:

   a. One (1) completed and issued subpoena duces tecum to be served on:

      **Hector Rios, Warden**
      **USP Atwater**
      **United States Penitentiary**
      **1 Federal Way**
      **Atwater, California 95301**

     b. One (1) completed USM-285 form; and

     c. Two (2) copies of this Order, one to accompany the subpoena and one for the Marshals Service.

2. Within **twenty (20) days** from the date of this Order, the Marshals Service is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

4. The Marshals Service SHALL effect **personal service** of the subpoena duces tecum, along with a copy of this Order, upon the entity and the individual named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within **ten (10) days** after personal service is effected, the Marshals Service SHALL file the returns of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on each USM-285 form.

IT IS SO ORDERED.

Dated:   July 25, 2011

UNITED STATES MAGISTRATE JUDGE