# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD A. WEST,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>   Defendants. | CASE NO. 1:09-CV-01277-LJO-GBC (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>Doc. 54 |

On July 22, 2009, Plaintiff Gerald A. West, a federal prisoner proceeding pro se and in forma pauperis, filed a complaint against Defendants employed by the United States Penitentiary in Atwater, California,[1] pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Doc. 1. On August 27, 2010, Plaintiff filed a third amended complaint, naming only Doe Defendants. Doc. 25. On February 13, 2012, Plaintiff filed a motion to amend his complaint and submitted a proposed complaint, but it was unsigned. Doc. 54.[2]

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for leave to filed amended complaint is GRANTED;
2. The Clerk's Office shall send Plaintiff a complaint form; and
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a **signed** fourth amended complaint.

IT IS SO ORDERED.

Dated:   February 21, 2012

UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is currently incarcerated at the United States Penitentiary in Lewisburg, Pennsylvania.

[2] The Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a).